

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*White Plains, New York 10601*

August 21, 2024

**BY ECF**

> **Status conference adjourned to 12/12/24 at 3:15 p.m. The parties shall submit an interim status letter by 10/24/24.**
>
> 8/21/24
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**Re:   United States v. Jack Benjamin,
         17 Cr. 753 (CS)**

Dear Judge Seibel:

      The Government, having conferred with defense counsel and Probation, respectfully submits this status letter to the Court. The Government was able to obtain the body-worn camera footage from the incident underlying the pending specifications and provided the same to defense counsel. In addition, the Government understands that Probation has secured a place for the defendant in an anger management and domestic violence counseling outpatient program (including both group and individual sessions) through SCAN-Harbor and that the defendant's intake assessment is confirmed for 08/23/2024 at 3pm. Following this assessment, SCAN-Harbor will determine the frequency with which the defendant must attend programming but, according to Probation, it will not be less than twice a month. The defendant will participate in the program until both Probation and the treatment provider agree on successful completion which, according to Probation, could take anywhere from three to twelve months. Because the defendant's successful participation in this program is relevant to the parties' proposed resolution of the pending specifications, the parties jointly propose (i) to adjourn the status conference currently scheduled for August 29, 2024, to a date convenient for the Court in December 2024, and (ii) to file an interim status letter with the Court on whatever date in October or November 2024 that the Court would find helpful.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
     Celia V. Cohen
     Assistant United States Attorney
     (914) 993-1921

cc:   James Neuman, Esq. (by ECF)
      Shalisha Johnson, USPO (by E-Mail)